ROGERS JOSEPH O'DONNELL
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
VSI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GUTIERREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>VSI, INC.,<br><br>           Defendant. | Case No. 1:25-CV-01341-KES-SKO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**(Doc. 5)** |

      Plaintiff Angelica Gutierrez ("Plaintiff") and VSI, Inc. ("Defendant") stipulate to extend Defendant's deadline to respond to Plaintiff's Complaint as follows:

      1.    The current deadline for Defendant to respond to the Complaint is December 11, 2025, after the parties stipulated to a 28-day continuance of the response deadline pursuant to Local Rule 144.

      2.    Counsel for the respective parties are currently investigating the facts underlying Plaintiff's allegations and such investigation may determine whether the case proceeds.

      3.    The parties hereby agree to extend Defendant's deadline to respond to Plaintiff's Complaint to January 9, 2026.

//

**IT IS SO STIPULATED.**

Dated: December 11, 2025          ROGERS JOSEPH O'DONNELL

                                  By: /s/ Aaron M. Scolari
                                      ALECIA E. COTTON
                                      AARON M. SCOLARI

                                  Attorneys for Defendant VSI, INC.


Dated: December 11, 2025          THE LAW OFFICES OF JIBRAEL S. HINDI, PLLC


                                  By: /s/ Gerald D. Lane, Jr.
                                      GERALD D. LANE, JR.

                                  Attorneys for Plaintiff ANGELICA GUTIERREZ

**ORDER**

Pursuant to the Parties' Stipulation (Doc. 5) and good cause appearing, the Court ORDERS that the deadline for Defendant to respond to the Complaint is extended to **January 9, 2026**.

IT IS SO ORDERED.

Dated:  **December 12, 2025**                /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

Page 2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER –
Case No. 1:25-CV-01341-KES-SKO

5219495.1