ROGERS JOSEPH O'DONNELL
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
VSI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELICA GUTIERREZ, | Case No. 1:25-CV-01341-KES-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | (Doc. 7) |
| VSI, INC., | |
| Defendant. | |

Plaintiff Angelica Gutierrez ("Plaintiff") and VSI, Inc. ("Defendant") stipulate to extend Defendant's deadline to respond to Plaintiff's Complaint as follows:

1. The current deadline for Defendant to respond to the Complaint is January 9, 2025, after the parties have entered into two stipulation to continue the response deadline.

2. Counsel for the respective parties are currently investigating the facts underlying Plaintiff's allegations and such investigation may determine whether the case proceeds.

3. The parties hereby agree to extend Defendant's deadline to respond to Plaintiff's Complaint to January 16, 2026.

//

Page 1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER –
Case No. 1:25-CV-01341-KES-SKO

5219495.1

**IT IS SO STIPULATED.**

Dated: January 9, 2026    ROGERS JOSEPH O'DONNELL

By: /s/ Aaron M. Scolari
    ALECIA E. COTTON
    AARON M. SCOLARI

Attorneys for Defendant VSI, INC.

Dated: January 9, 2026    THE LAW OFFICES OF JIBRAEL S. HINDI, PLLC

By: /s/ Gerald D. Lane, Jr.
    GERALD D. LANE, JR.

Attorneys for Plaintiff ANGELICA GUTIERREZ

**ORDER**

Pursuant to the Parties' Stipulation, (Doc. 7), and good cause appearing, the Court ORDERS that the deadline for Defendant to respond to the Complaint is extended to **January 16, 2026**.

IT IS SO ORDERED.

Dated: __**January 9, 2026**__            /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

Page 3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER –
Case No. 1:25-CV-01341-KES-SKO

5219495.1